```
                                                    FILED
                                                  SEP - 7 2010
                                            CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA
                                          BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10CR 3386·BEN |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute (Felony) |
| LETICIA RODRIGUEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about August 6, 2010, within the Southern District of California, defendant LETICIA RODRIGUEZ, did knowingly and intentionally possess, with intent to distribute, 5 kilograms or more, to wit: approximately 35.40 kilograms (78.04 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 9-7-10.

LAURA E. DUFFY
United States Attorney

HAMILTON E. ARENDSEN
Assistant U.S. Attorney

HEA:gr:San Diego
8/23/10