UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

                                                                    **IY JUL 26 AM 10: 23**
                                                                    *This space for*
                                                                    *Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Roger T. Benitez
FROM: R. Uran,         Deputy Clerk        RECEIVED DATE:   7/22/2011
CASE NO.:  10-cr-3386-BEN      DOCUMENT FILED BY:    Leticia Rodriguez
CASE TITLE:  USA v. Rodriguez
DOCUMENT ENTITLED:  Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☒ |  | OTHER: 83.9 Unauthorized communication with the judge is prohibited. |

                                                    Date forwarded:  22 JUL 2011

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☐   The document is to be filed nunc pro tunc to date received.

☒   The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

                                    CHAMBERS OF:  Benitez

Dated: 7/22/11                      By:  RJN
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Honorable Benitez,
Senior US District Judge
United States Court House
San Diego, CA

**REJECTED**

Reference: United State of America VS: Leticia Rodriguez
Case number: 10CR 3386-BEN.

Dear Sir:

On March 28, 2011, I was sentenced to 41 months of Federal Prison with the offense of possession of cocaine with intent to distribute. I would like to be considered for a reduction of sentence.

I am a first time offender and did not carry a weapon and I'm not a danger to society. I'm currently at the Phoenix Federal Prison work Camp. I arrived on April 29, 2011.

My work duties are administration orderly. Also I am taking GED classes and waiting to take SCS classes.

My sincerest apology. I am very sorry for all the bad decisions I realized this hurt my family - my daughters, my parents and friends and most of all society in general. I created victims and now I can understand how wrong I was. I am not a bad person. I am however a mother, a daughter

07/07/11

1